In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00403-CV
_____


IN RE COMMITMENT OF RICHARD DARREN GOODWIN

_____


**On Appeal from the 435th District Court**
**Montgomery County, Texas**
**Trial Cause No. 05-06-04904 CV**

_____

**MEMORANDUM OPINION**

In an appeal from an order entered in a sexually-violent-predator proceeding, we are asked to address whether we possess appellate jurisdiction over an order changing the entity that approves where Richard Darren Goodwin is required to reside. We conclude that the trial court's order is not appealable, and we also conclude that mandamus relief on the issues Goodwin raises is not warranted. Accordingly, we dismiss the appeal for lack of jurisdiction.

Recently, in *In re Commitment of Cortez*, we addressed the same issues as set forth in Goodwin's brief and concluded that we did not have appellate

jurisdiction over his issues. No. 09-12-00385-CV, 2013 WL 3270613, at *2 (Tex. App.—Beaumont June 27, 2013, no pet. h.). We also considered whether Cortez raised issues entitling him to mandamus relief. *See id.* at **2-6.

For the same reasons stated in *Cortez,* we conclude that we lack appellate jurisdiction to review the trial court's order dated July 26, 2012, and that Goodwin has not demonstrated that he should receive mandamus relief. Accordingly, we dismiss Goodwin's appeal.

APPEAL DISMISSED.

_____
HOLLIS HORTON
Justice

Submitted on July 10, 2013
Opinion Delivered August 15, 2013
Before McKeithen, C.J., Kreger and Horton, JJ.

2